## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **KENNETH DARRELL PUCKETT, #1263389,** | ) | |
| Petitioner, | ) | |
| v. | ) | No. 3:07-CV-1713-O |
| | ) | |
| **NATHANIEL QUARTERMAN, Director,** | ) | |
| **Texas Department of Criminal Justice,** | ) | |
| **Correctional Institutions Division,** | ) | |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge entered findings, conclusions and a recommendation in this case on February 11, 2008. Petitioner filed objections, and the Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. *See* FED. R. CIV. P. 72; 28 U.S.C. §636(b). The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SIGNED this 31st day of March, 2008.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**